OLGA VALLONE, Appellant, *v.* BRONX BORO HOLDING COR-PORATION, Respondent.

Submitted January 20, 1941; decided February 27, 1941.

*Gilbert M. Levy* and *Charles A. Galotta* for appellant.
*Alexander E. Rosenthal* and *Irving Segal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ.   Taking no part: CONWAY, J.